**Brian P. Berson, Esq.**
California State Bar No. 130249
Law Offices of Brian P. Berson
235 Montgomery St., Suite 625
San Francisco, CA 94104
brian@bersonlaw.net
Telephone: (415) 788-2707
Facsimile: (415) 392-5275

Counsel for Defendant LETITIA R. MAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 12-0459 EMC |
| | ) |
| Plaintiff, | ) **UNOPPOSED MOTION AND** |
| | ) **[PROPOSED] ORDER TO** |
| | ) **EXONERATE BOND** |
| vs. | ) |
| | ) |
| MINKS., et al. | ) |
| | ) |
| Defendants | ) |

Defendant Letitia Mays, verified by her below counsel, has voluntarily surrendered for service of her sentence of imprisonment for service of her sentence on May 16, 2013 as directed. That being the case, we request the Court to order that any bond posted on Ms. Mays' behalf be exonerated. AUSA Stevens has advised counsel that there is no objection to this request.

1

DATE: MAY 22, 2013

_____//s//_____
BRIAN P. BERSON
ATTORNEY FOR LETITIA MAYS

**[~~PROPOSED~~] ORDER TO EXONERATE BOND**

IT IS HEREBY ORDERED that bond posted on behalf of Letitia Mays in the above-captioned case be exonerated. The Clerk of Court is hereby ordered to return anything posted as security for Ms. Mays' bail in the above-captioned case as soon as possible.

SO ORDERED:

Date: 5/29/13 _____ _____

